UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ISIAH CRAYTON, III                           CIVIL ACTION

versus                                       NO. 02-2162

BURL CAIN, WARDEN                            SECTION: "N" (3)

ORDER

The Court, having considered petitioner's motion for relief from judgment pursuant to Fed. R. Civ. P. 60(b), the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on September 9, 2013 (Rec. Doc. No. 38), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that petitioner's motion for relief from judgment, Rec. Doc. 29, is **DENIED**.

New Orleans, Louisiana, this 19th day of September, 2013.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE